UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| FREDERICK WORDLAW,<br>    #80695 | ) ) ) | |
| Plaintiff, | ) ) | 2:11-cv-00651-KJD-GWF |
| vs. | ) ) | |
| NEVADA DEPARTMENT OF<br>CORRECTIONS, *et al.*, | ) ) ) | **ORDER** |
| Defendants. | ) ) ) / | |

On April 26, 2011, the court received an application to proceed *in forma pauperis* (docket #1) as well as a handwritten, sixty-eight-page civil rights complaint (docket #1-1). A decision on the *in forma pauperis* application will be deferred at this time. However, the complaint is not on the court-approved form, and as such, is insufficient to initiate a civil rights action in this court. The Local Rules require plaintiffs appearing in *pro se*, such as this plaintiff, to file all of their complaints and petitions on the court's approved forms. LSR 2-1("[a] civil rights complaint filed by a person who is not represented by counsel shall be on the form provided by this court."). Plaintiff will be given thirty (30) days to submit a completed civil rights complaint on the court's form.

**IT IS THEREFORE ORDERED** that the Clerk shall retain the complaint (docket #1-1), unfiled, at this time.

**IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** to plaintiff the approved forms for filing a civil rights lawsuits under 42 U.S.C. §1983. Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed complaint on the form

1 | provided by this court.  Plaintiff's failure to do so may result in the immediate dismissal of the
2 | entire action.
3 |       DATED this 28th day of June, 2011.

                                            _____
                                            GEORGE FOLEY, JR.
                                            United States Magistrate Judge