# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| FREDERICK WORDLAW,<br>    #80695 | ) ) ) | |
|     Plaintiff, | ) ) | 2:11-cv-00651-KJD-GWF |
| vs. | ) ) | |
| NEVADA DEPARTMENT OF<br>CORRECTIONS, *et al.*, | ) ) ) | **ORDER** |
|     Defendants. | ) ) ) | |

      This matter is before the Court on Plaintiff's Request for a Status Check (#6), filed July 28, 2011. The Court will grant this request and have the Clerk of the Court provide Plaintiff with a copy of the Docket Sheet. Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's Request for a Status Check (#6) is **granted**. The Clerk of the Court shall prepare a copy of the docket regarding case 2:11-cv-00651-KJD-GWF and send it to Plaintiff at the following address:

      Frederick Wordlaw, #80695
      High Desert State Prison
      P.O. Box 650
      Indian Springs, NV 89018

      DATED this 2nd day of August, 2011.

                                                                     GEORGE FOLEY, JR.
                                                            United States Magistrate Judge